# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CENTRAL MAINE POWER COMPANY, ) ) ) Plaintiff, ) ) v. ) ) MAINE COMMISSION ON ) GOVERNMENTAL ETHICS AND ) ELECTION PRACTICES, et al., ) ) Defendants. ) | Docket No. 1:23-cv-00450-NT |
| VERSANT POWER and ) ENMAX CORPORATION, ) ) Plaintiffs, ) ) v. ) ) WILLIAM J. SCHNEIDER, et al., ) ) Defendants. ) | Docket No. 1:23-cv-00451-NT |
| MAINE PRESS ASSOCIATION and ) MAINE ASSOCIATION OF ) BROADCASTERS, ) ) Plaintiffs, ) ) v. ) ) MAINE COMMISSION ON ) GOVERNMENTAL ETHICS AND ) ELECTION PRACTICES, et al., ) ) Defendants. ) | Docket No. 1:23-cv-00452-NT |

| | |
|---|---|
| JANE P. PRINGLE, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Docket No. 1:23-cv-00453-NT |
| | ) |
| AARON FREY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER TO CONSOLIDATE CASES

Plaintiff Central Maine Power Company and the State Defendants have filed a joint motion to consolidate the four related cases captioned above. *See* Joint Mot. Concerning Page Limits and to Consolidate (ECF No. 17 in Docket No. 1:23-cv-00450-NT). All Plaintiffs in each of the four related cases consent to consolidation. Accordingly, the motion is **GRANTED** and the above-captioned actions are hereby **CONSOLIDATED** pursuant to Rule 42 of the Federal Rules of Civil Procedure.

In addition, the parties have conferred and agree that the State Defendants should be permitted to file a single opposition memorandum, no more than 75 pages, in response to the motions for preliminary injunction that were filed by the Plaintiffs in each of the cases. It is therefore **ORDERED** that the State Defendants shall file a single memorandum, not to exceed 75 pages, in opposition to the pending motions for injunctive relief. The parties are further **ORDERED** to confer about page limits for the Plaintiffs' reply memoranda and to submit to the Court a proposal, or competing proposals, concerning reply page limits by January 19, 2024.

SO ORDERED.

                                                    /s/ Nancy Torresen
                                                    United States District Judge

Dated this 9th day of January, 2024.