IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **MAINE PRESS ASSOCIATION, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**MAINE COMMISSION ON** )<br>**GOVERNMENTAL ETHICS AND** )<br>**ELECTION PRACTICES, et al.** )<br>)<br>**Defendants.** ) | Civil Action No. 1:23-cv-00450 |

## NOTICE OF WITHDRAWAL

NOW COMES Benjamin S. Piper and withdraws his appearance as counsel for Maine Press Association and Maine Association of Broadcasters. Sigmund D. Schutz will remain as counsel for Maine Press Association and Maine Association of Broadcasters

DATED at Portland, Maine this 13th day of March 2024.

Respectfully submitted,

*/s/ Benjamin S. Piper*
Benjamin S. Piper (Bar No.: 4720)
Preti Flaherty Beliveau & Pachios LLP
One City Center, P.O. Box 9546
Portland, ME  04112-9546
Phone: 207-791-3000
bpiper@preti.com

Attorney for Maine Press Association and
Maine Association of Broadcasters

21610365.1