UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CENTRAL MAINE POWER COMPANY, VERSANT POWER and ENMAX CORP., MAINE PRESS ASSOCIATION and MAINE ASSOCIATION OF BROADCASTERS, AND JANE P. PRINGLE, KENNETH FLETCHER, BONNIE S. GOULD, BRENDA GARRAND and LAWRENCE WOLD, <br><br>    Plaintiffs, <br><br> v. <br><br> MAINE COMMISSION ON GOVERNMENTAL ETHICS AND ELECTION PRACTICES, WILLIAM J. SCHNEIDER, DAVID R. HASTINGS, III, SARAH E. LECLAIRE, DENNIS MARBLE, STACEY D. NEWMANN, AARON FREY, <br><br>    Defendants. | Civil No. 1:23-cv-00450-NT <br> *Consolidated* |

**MOTION FOR LEAVE TO WITHDRAW**

Attorney Benjamin S. Piper of Preti Flaherty Beliveau & Pachios LLP ("Preti Flaherty") moves pursuant to Local Rule 83.2(c) for leave to withdraw as counsel of record for Plaintiffs Maine Press Association and Maine Association of Broadcasters in the above-captioned matter.

1. Local Rule 83.2(c) provides that "no attorney may withdraw an appearance in any action except by leave of court."

2. This motion is made on the ground that Attorney Piper is leaving Preti Flaherty as of March 15, 2024.

3. Withdrawal in these circumstances is appropriate under M.R. Prof. Conduct 1.16(b)(5) insofar as Plaintiffs Maine Press Association and Maine Association of Broadcasters will continue to be represented by Sigmund D. Schutz, associated with Preti Flaherty.

1

21633056.1

For the foregoing reasons, Benjamin S. Piper respectfully requests leave to withdraw as counsel of record for Plaintiffs Maine Press Association and Maine Association of Broadcasters.

Dated at Portland, Maine this 13th day of March, 2024.

                                              */s/ Benjamin S. Piper*
Benjamin S. Piper (Bar No.: 4720)
Preti Flaherty Beliveau & Pachios LLP
One City Center, P.O. Box 9546
Portland, ME  04112-9546
Phone: 207-791-3000
bpiper@preti.com

*Attorney for Plaintiffs Maine Press Association and Maine Association of Broadcasters*