UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CENTRAL MAINE POWER CO., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MAINE COMMISSION ON GOVERNMENTAL ETHICS AND ELECTIONS PRACTICES, et al.,<br><br>Defendants. | Docket No. 1:23-cv-00450-NT |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3 and 28 U.S.C. § 1292(a)(1), Defendants hereby appeal to the United States Court of Appeals for the First Circuit from this Court's Order (ECF No. 61) on Plaintiffs' Motions for Preliminary Injunction (ECF Nos. 4, 22, 25, and 27), granting preliminary injunctive relief, which was issued on February 29, 2024.

Dated:  March 15, 2024

AARON M. FREY
Attorney General

/s/ Jonathan R. Bolton
Jonathan R. Bolton
Paul Suitter
Assistant Attorneys General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800
jonathan.bolton@maine.gov
paul.suitter@maine.gov