# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## APPEAL COVER SHEET

| | |
|---|---|
| D.C. # 1:23-cv-00450-NT | C.C.A. # |
| CASE TITLE: CENTRAL MAINE POWER COMPANY v. MAINE COMMISSION ON GOVERNMENTAL ETHICS AND ELECTION PRACTICES et a | |
| Name of Counsel for Appellant(s): | Jonathan R. Bolton, Esq.<br>Paul E. Suitter, Esq. |
| Name of Counsel for Appellee(s): | John A. Woodcock, III, Esq.<br>Paul McDonald, Esq.<br>Alexandra A. Harriman, Esq.<br>Sigmund D. Schutz, Esq.<br>Timothy C. Woodcock, Esq.<br>Joshua D. Dunlap, Esq.<br>Katherine E. Cleary, Esq.<br>Nolan L. Reichl, Esq. |
| Name of Judge: | Nancy Torresen, U.S. District Judge |
| Court Reporter(s) & Dates: | 2/23/2024 - Tammy Martell |
| Transcript Ordered? | ☐ Yes ☐ No |
| Court Appointed Counsel? | ☐ Yes ☒ No |
| Fee Paid? | ☒ Yes ☐ No |
| In Forma Pauperis? | ☐ Yes ☒ No |
| Motions Pending? | ☐ Yes ☒ No |
| Guidelines Case? | ☐ Yes ☒ No |
| Related Case on Appeal? | ☐ Yes ☒ No |
| C. C. A. # (if available) | |

| Date of Last Appeal | |
|---|---|
| Special Comments: | |