UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CENTRAL MAINE POWER COMPANY | ) |
| | ) |
| v. | ) CIVIL NO. 1:23-cv-00450-NT |
| | ) |
| MAINE COMMISSION ON | ) |
| GOVERNMENTAL ETHICS AND | ) |
| ELECTION PRACTICES et al | ) |

# CLERK'S CIVIL CERTIFICATE

I, Christa K. Berry, Clerk of the United States District Court for the District of Maine, hereby certify that the following are hereby electronically transmitted to the First Circuit Court of Appeals and constitute the Abbreviated record on appeal:

Documents Numbered:  
    67    Appeal Cover Sheet  
    68    Clerk's Certificate  
    66    Notice of Appeal  
    61    Order on Motions  
    4    Motion  
    22    Motion  
    25    Motion  
    27    Motion

I hereby certify that the record and docket sheet available through ECF to be the certified record and docket entries. All non-electronic documents of record have been forwarded this date with a copy of this Certificate.

Non-Electronic Documents:

Dated *March 15, 2024.*

                              CHRISTA K. BERRY, Clerk

                              By:      /s/ Stacey Graf  
                                          Case Manager