UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| Central Maine Power Company, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:23-cv-00450-NT |
| | ) | |
| Maine Commission on Governmental | ) | |
| Ethics and Election Practices, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Free Speech For People's Motion to Withdraw Appearance**
**of Ronald Fein as Co-Counsel**

*Amicus curiae* Free Speech For People (FSFP) moves to withdraw the appearance of Ronald Fein, co-counsel for FSFP in this matter. The other undersigned counsel who have entered appearances and who have been admitted *pro hac vice* in this matter will continue to represent FSFP.

Free Speech For People respectfully requests that the Court grant its motion to withdraw the appearance of Ronald Fein.

Dated: April 10, 2024                    Respectfully submitted,

                                         /s/Peter J. Brann
                                         Peter J. Brann
                                         Brann & Isaacson
                                         113 Lisbon St., P.O. Box 3070
                                         Lewiston, ME  04243-3070
                                         (207) 786-3566
                                         pbrann@brannlaw.com

                                         Amira Mattar (admitted *pro hac vice*)
                                         John Bonifaz (admitted *pro hac vice*)
                                         Ben Clements (admitted *pro hac vice*)
                                         Courtney Hostetler (admitted *pro hac vice*)
                                         FREE SPEECH FOR PEOPLE
                                         1320 Centre St. #405
                                         Newton, MA 02459
                                         (617) 249-3015
                                         amattar@freespeechforpeople.org
                                         chostetler@freespeechforpeople.org
                                         jbonifaz@freespeechforpeople.org
                                         bclements@freespeechforpeople.org

                                         *Attorneys for* Amicus Curiae
                                         *Free Speech For People*