# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CENTRAL MAINE POWER COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MAINE COMMISSION ON GOVERNMENTAL ETHICS AND ELECTION PRACTICES, *et al.* <br><br> Defendants. | Docket No. 1:23-cv-00450-NT |

## DECLARATION REGARDING CONSENT TO MAGISTRATE JUDGE

☒    The parties, pursuant to Federal Rule of Civil Procedure 73(b), consent to Magistrate Judge John C. Nivison conducting all proceedings, to enter final orders and judgment, and to conduct any jury or non-jury trial as required in this case.

☐    The parties decline to consent to Magistrate Judge John C. Nivison conducting all proceedings in this case.  We ask that the case be assigned to a United States District Judge.  We understand that Magistrate Judge John C. Nivison will conduct all proceedings and decide matters referred by the United States District Judge in accordance with 28 U.S.C. § 636(c).

Dated at Portland, Maine this 6th day of October, 2025.

1

#18558413v1

**THE PLAINTIFFS**

/s/ Nolan L. Reichl
Joshua D. Dunlap
Nolan L. Reichl
Katherine E. Cleary
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial St.
Portland, ME 04101
207-791-1100
jdunlap@pierceatwood.com
nreichl@pierceatwood.com
kcleary@pierceatwood.com

*Attorneys for Plaintiff*
*Central Maine Power Co.*

/s/ Sigmund D. Schutz
Alexandra A. Harriman
Sigmund D. Schutz
Jonathan G. Mermin
Preti, Flaherty
One City Center
P.O. Box 9546
Portland, ME 04112-9546
207-791-3000
aharriman@preti.com
sschutz@preti.com
jmermin@preti.com

*Attorneys for Plaintiffs*
*Maine Press Association and*
*Maine Association of Broadcasters*

/s/ John A. Woodcock, III
John A. Woodcock, III
Paul McDonald
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
207-228-7115
jwoodcock@bernsteinshur.com
pmcdonald@bernsteinshur.com

*Attorneys for Plaintiffs*
*Versant Power, Enmax Corporation*

/s/ Timothy C. Woodcock
TIMOTHY C. WOODCOCK
Katahdin Law, LLC
P.O. Box 895
Bangor, ME 04402-1210
207-385-2010
twoodcock@katahdin-law.com

*Attorney for Plaintiffs Jane P. Pringle,*
*Kenneth Fletcher, Bonnie S. Gould,*
*Brenda Garrand and Lawrence Wold*

2

#18558413v1

**THE DEFENDANTS**


/s/ Jonathan R. Bolton
Jonathan R. Bolton
Paul E. Suitter
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8551
jonathan.bolton@maine.gov
paul.suitter@maine.gov

*Attorney for Defendants*
*Maine Commission on Governmental*
*Ethics and Election Practices; William J*
*Schneider in his official capacity as*
*Chairman of the Maine Commission on*
*Governmental Ethics and Election*
*Practices; David R Hastings, III, Sarah E.*
*LeClaire, and Dennis Marble in their*
*official capacities as Members of the*
*Maine Governmental Ethics and Election*
*Practices; Aaron Frey in his official*
*capacity as Attorney General for the State*
*of Maine*

#18558413v1

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send the notification of such filing to all counsel of record.

DATED:  October 6, 2025

*/s/ Nolan L. Reichl*
Nolan L. Reichl
PIERCE ATWOOD LLP
254 Commercial Street
Portland, ME 04101
207-791-1100
nreichl@pierceatwood.com

*Attorneys for Plaintiff*
*Central Maine Power Co.*

4

#18558413v1