UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CENTRAL MAINE POWER COMPANY, et al., <br><br>Plaintiffs <br><br>v. <br><br>MAINE COMMISSION ON GOVERNMENTAL ETHICS AND ELECTION PRACTICES, et al., <br><br>Defendants | ) ) ) ) ) ) ) 1:23-cv-00450-JCN ) ) ) ) ) ) ) |

**ORDER ON MOTION TO STAY DISCOVERY
TO AMEND SCHEDULING ORDER**

After review of the parties' joint motion regarding the future course of the case (Motion, ECF No. 92), the Court grants the parties' requests to stay discovery and enter a modified scheduling order. The Court orders:

1. All discovery shall be stayed pending the Court's resolution of Plaintiffs' anticipated motions to be filed in accordance with Federal Rule of Civil Procedure 12(c).

2. Each Plaintiff shall file their respective motion, which shall not exceed 30 pages, on or before November 21, 2025.

3. Defendants shall file a consolidated response to the motions, which response shall not exceed 80 pages, on or before January 16, 2026.

4. Each Plaintiff shall file their respective reply memorandum, which shall not exceed 20 pages, on or before February 13, 2026.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 6th day of October, 2025.